CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 07 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MAY 2015 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  7:15-cr-27 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| CHARLES ROBERT CUNNINGHAM | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §922(g)(1) |
| | ) | Title 21, U.S.C., §841(a)(1) |
| | ) | Title 18, U.S.C., §924(c) |

## COUNT ONE

The Grand Jury charges:

1.   That on or about March 2, 2015, in the Western Judicial District of Virginia, the defendant, CHARLES ROBERT CUNNINGHAM, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce.

2.   In violation of Title 18, United States Code Section 922(g)(1).

## COUNT TWO

The Grand Jury charges:

1.   That on or about March 2, 2015, in the Western Judicial District of Virginia, the defendant, CHARLES ROBERT CUNNINGHAM, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture or substance containing heroin, a Schedule I controlled substance.

2.   In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury charges:

1.  That on or about March 2, 2015, in the Western Judicial District of Virginia, the defendant, CHARLES ROBERT CUNNINGHAM, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Two of this Indictment.

2.  All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE

1.  Upon conviction of the felony offenses alleged in this Indictment, defendant shall forfeit to the United States:

   a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b.  any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c.  any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

   d.  any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  The property to be forfeited to the United States includes but is not limited to the following:

2

(a)  **Currency**:

Approximately $1,619.15 in U.S. Currency

(b)  **Firearms**:

One Jimenez model J.A. .380 caliber pistol, serial #019056
All ammunition associated with this firearm

3.  If any of the above-described forfeitable property, as a result of any act or omission of

the defendant:

(a)  cannot be located upon the exercise of due diligence;
(b)  has been transferred or sold to, or deposited with a third person;
(c)  has been placed beyond the jurisdiction of the Court;
(d)  has been substantially diminished in value; or
(e)  has been commingled with other property which cannot be
subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to
the value of the above-described forfeitable property, pursuant to Title 21 United States Code,
Section 853(p), including but not limited to the property described in paragraph 2.

A TRUE BILL this _____7_____ day of May, 2015.

_____s/Grand Jury Foreperson_____
FOREPERSON

ANTHONY P. GIORNO
ACTING UNITED STATES ATTORNEY

3