# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 7:15CR00027-01**       **Date:  07/16/2015**

**Defendant:  Charles Robert Cunningham, Custody**       **Counsel:  Fay Spence, Esq., AFPD**

PRESENT:       JUDGE:            Hon Glen Conrad       TIME IN COURT:  9:35-10:20  45 mins
               Deputy Clerk:     Susan Moody
               Court Reporter:   Judy Webb
               U. S. Attorney:   Andrew Bassford, Esq. AUSA
               USPO:             Lollie Burns

## PROCEEDINGS:

☒ Plea Agreement filed with court.
☒ Defendant re-arraigned as to Count 3
☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty pending preparation of PSR.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Count 3 pending PSR

## DEFENDANT PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 1 | 3 | | | Cts 1 & 2 to be dism at sentencing |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for October 13, 2015 @ 10 am  before Judge Conrad.